31 F.3d 1170
 Barnes (B.J.), Bergbigler (H.R., Jr.), Berry (R.L.), Black
(R.R.), Burke (D.E., R.L.), Burns (J.B.), Codispot (M.R.),
Fitzpatrick (E.S., J.A.), Foringer (R.K.), Frazier (K.E.),
Gardner (R.B.), Geibel (D.R.), Green (T.J.), Gregory (M.P.),
Hempfling (C.M.), Hewitt (J.M.), Kriley (R.J.), Kwiatkowski
(T.W.), Landgraf (D.R.), Leitem (M.A.), Lokhaiser (L.L.),
Long (R.W.), Lunn (R.L.), Martsolf (T.D.), McNanny (C.F.),
Meals (R.E.), Moore (G.), Prebula (M.C.), Reddick (T.E.),
 NO. 94-3038
 United States Court of Appeals,
Third Circuit.
 July 28, 1994
 
 Appeal From: W.D.Pa.,
 McKelvie, J.
 
 
 1
 AFFIRMED.